**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA** *ex rel.*
**DEBRA A. MIZGALA,**

                                              **Plaintiff,**

                    **v.**                                              **5:02-CV-292**
                                                                        **(FJS/GHL)**

**UPSTATE HOMECARE,**

                                              **Defendant.**
_____

**APPEARANCES**                                    **OF COUNSEL**

**OFFICE OF JAMES T. RATNER**                      **JAMES T. RATNER, ESQ.**
P.O. Box 177
Mount Tremper, New York 12457
Attorneys for Relator Debra Mizgala

**OFFICE OF THE UNITED**                           **DIANE J. CAGINO, AUSA**
**STATES ATTORNEY**
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207-2924
Attorneys for the United States
of America

**SCULLIN, Senior Judge**

**ORDER**

        On April 13, 2010, Relator Debra Mizgala filed a Notice of Voluntary Dismissal of this

*qui tam* action under the False Claims Act pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure and requested that the Court not unseal the complaint.  In response, the

United States filed a Notice of Consent to Dismissal and a letter objecting to her request that the

Court not unseal her complaint.  Rather, the United States asked that the Court unseal the

complaint, but that all other parts of the file remain under seal except for its Notice of Consent to

Dismissal and this Order.

After reviewing the parties' submissions and the relevant law, the Court hereby

**ORDERS** that, in light of the well-established principle that the public has a right of access to court documents,[1] the complaint in this action is **UNSEALED**; and the Court further

**ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** to the United States and Relator Debra A. Mizgala; and the Court further

**ORDERS** that all other contents of this Court's file in this action shall remain **under seal and not be made public**, *except for* the *United States' Notice of Consent to Dismissal* and this *Order*.

**IT IS SO ORDERED.**

Dated: June 25, 2010
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1] Although there is a paucity of case law directly on point, the Court finds that *U.S. ex rel. Permison v. Superlative Techs.*, 492 F. Supp. 2d 561 (E.D. Va. 2007), is factually very similar and concludes that the court's analysis of and reasons for denying a similar request in that case are persuasive.